No. 12–6448.  BURGDORF *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 12–6450.  GALLEGOS-HERNANDEZ *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–6453.  COTTON, AKA WOODARD *v.* KEFFER, WARDEN. C. A. 5th Cir.  Certiorari denied.

No. 12–6454.  ESSO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–6462.  JOHNSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–6475.  SMITH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–6477.  HELTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–6480.  HATCHES, AKA SMITH, AKA DOVE, AKA FARVEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–6482.  RODRIGUEZ *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 12–6488.  GIORDANO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–6489.  GUTIERREZ-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 12–6490.  REDENIUS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 12–6499.  GRAFMULLER *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 12–6509.  SOLIS, AKA MEDEL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.